FILED

MAR 06 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY KK ,DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Name (under which you were convicted): Jeremiah Daniel Jamieson | Docket or Case No.: CIV-23-211-JD |
| Place of Confinement : Mack Alford Correctional Center | Prisoner No.: 573217 |
| Petitioner (include the name under which you were convicted) Jeremiah D. Jamieson v. | Respondent (authorized person having custody of petitioner) David Louthan |
| The Attorney General of the State of: | |

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Garfield County District Court Oklahoma

   (b) Criminal docket or case number (if you know): CF-2007-227

2. (a) Date of the judgment of conviction (if you know): 03 April 2008

   (b) Date of sentencing: 03 April 2008

3. Length of sentence: Life with Parole

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: "Malice Aforethought" First Degree murder 21 O.S. § 701.7(A)

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)

   ☒ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ______

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☒ No This is why my counsel pre-trial violated my constitutional Right. I Told him "I was trying to buy weed." and he in his Response makes me believe I am guilty as charged in 2007 to malice Aforethought murder one 701.7A 2105

8. Did you appeal from the judgment of conviction?

☒ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Supreme Court of Oklahoma (Certiorari appeal) Direct Appeal

(b) Docket or case number (if you know): C-2008-785

(c) Result: Affirmed Judgment & Sentence

(d) Date of result (if you know): 15 April 2009

(e) Citation to the case (if you know): Not for publication

(f) Grounds raised: Ineffective trial counsel for not investigating (I.O.C.) (At this point in 2008 I had yet to find out OK. has more than one First Degree murder, and I was still in the darkness & ignorance of Counsel's response telling me "I am guilty of murder one.")

(g) Did you seek further review by a ~~higher state~~ District court? ☒ Yes ☐ No

If yes, answer the following:

(1) Name of court: Garfield County District Court

(2) Docket or case number (if you know): CF-2007-227

(3) Result: Denied

(4) Date of result (if you know): 17 June 2010

(5) Citation to the case (if you know): Not for publication

(6) Grounds raised: In affective Trial Counsel (Still yet to know Ok. has multiple First Degree murders)

(h) Did you file a petition for ~~certiorari in the United States Supreme Court?~~ Oklahoma Court Criminal Appeals ☒ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): PC-2010-224

(2) Result: Affirmed Judgment & Sentence

(3) Date of result (if you know): 17 June 2010 (still didn't know yet)

(4) Citation to the case (if you know): Not for publication

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☒ No (I.D.K Does 2022 Count?)

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No *Direct Appeal*

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☒ Yes ☐ No *OCCA.*

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. *I have attached 2 page Brief & 24 pages of evidence as Exhibit A to I*

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** *Actual and Factual Innocence to Murder One 21 O.S. § 701.7 (A)*
*(I was lured to Gas Station by Quish-mo, and did not show up w/malice aforethought -)*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*But I told them "I didn't" the rest of My Confession which began my case 16 yrs ago, and Arvie Colbert's Affidavit. Karl Wooten was arrested for stealing the Dead man's weed. He also took the gun out of Dead man's hand and put it under his seat. I took my pillow case to put the 1/2 lb. of weed in, and I either lost it or left it at the scene. Sabir Perry admits to firing his weapon, but leaves out he shot out my Driver window. Karl Wooten had to pray over photos to know who shooter was,*

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: *I did not know Oklahoma had more than one First Degree murder code. All I knew is I told Camp, "I was trying to buy some weed." in 2007, and he told me I couldn't testify b/c "That's murder one!" This Day know, Ignorance was all I knew from this conversation, until 2020 Commutation Research is finished. I put this in District Court & OCCA Brief.*

This is why these issues should be proven or disproven →

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction for New Trial (2022)

Name and location of the court where the motion or petition was filed:

Garfield County District Court Oklahoma

Docket or case number (if you know): CF-2007-227

Date of the court's decision: 17 Aug. 2022

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No →

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Oklahoma Court of Criminal Appeals

Docket or case number (if you know): PC-2022-860

Date of the court's decision: 27 Jan. 2023

Result (attach a copy of the court's opinion or order, if available): Affirmed Denial

So how do they know if trial counsel, Camp made me believe I was guilty of murder one?

How do they know if Quisha who lied or set me up?

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):



8 to 11 were blank so I pulled them out.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? [X] Yes Exhibit I ☐ No Yes & All have misunderstood my claim of Actual & Factual

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? [X] Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. W. Dist. Ct. (around 2010); Habeas Corpus; Ineffective Counsel; Denied (still didn't know O.K. had multiple murder ones)

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Atty. Brian Lovell (Garfield County now Judge Lovell)

(After pre-lim Camp took over)

(b) At arraignment and plea: Atty Brian Lovell (Plea Camp)

(c) At trial: N/A

(d) At sentencing: Greg Camp

(e) On appeal: Atty- Michael Morehead (Direct appeal)

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

(Check OCCA Brief last page pg. 8 Exhibit F)

I did not Know O.K. had more than One first-Degree murder with in this One year, nor did I Know when I filed appeals for Ineffective Counsel in 2008, 09, 10 & 11 (or) I would have filed them. In addition to this time of ignorance I can also prove I did not Show up to the Gas Station the night of 23/24 Feb 2007 with "Malice Aforethought" intentions set on murder.

From that First conversation I had with Atty - Greg Camp in 2007 all the way till Spring of 2020 I was in this Darkness and ignorance to my innocence, and lived with a guilty conscience.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: I need an Evidentiary Hearing and Attorney on the truth if Greg Camp told me, "That's Murder one! I can't tell a jury that." When Substantiated a New trial.

or any other relief to which petitioner may be entitled.

#573217

Signature of Petitioner or Attorney (if any)

VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 01 March 2023 (month, day, year).

Executed (signed) on 01 March 2023 (date).

Signature of Petitioner or Authorized Person Under 28 U.S.C. § 2242

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

① Camp's: "I can't tell a jury." response and "That's murder one!"

(W. Dist. Ct Brief 2 pages)
Evidence follows A to I
I labled H on accident ^ Response to Judge's D/A in Garfield Co.

2007 conversation on paragraph ... & District Brief

From my District Court opening Brief

I believe I have several propositions of relief from the sentence described in part A. All propositions stem from one ① 2007 event, and if legally trained and never ignorant of what trial Counsel Greg Camp refused. In pursuit of his own agenda, I never would have plead guilty. ← The result of Camp making me guilty in 2007

This was supposed to be a bullet point above this definition as my claim to

Actual and Factual Innocence to Murder One 21o.s.701.7a. Murder in the First Degree 21o.s.701.7a requires "that a person unlawfully and with malice aforethought cause the death of another human being. Malice being that deliberate intention to unlawfully take away the life of a human being, which is manifested by external circumstances capable of proof." HOWEVER; the facts of my case declare me Innocent of that "Deliberate Intention" which the Distinct Attorney thought was manifested by external circumstances capable of proof.

First I want to thank this Honorable Court in the Western District Court of Oklahoma for the opportunity to present a New Cause of Action that Oklahoma has refused to entertain because Garfield County's District Attorney misunderstood and misconstrued my claim of "Actual and Factual Innocence to Murder One 21o.s. 701.7(A)."

On the 15th of August 2022 District Attorney Michael Fields filed a "State's Response" to my Post-Conviction for New Trial,and without any time to RE-BUT his misunderstanding of my claim and express there is a 'time of ignorance' by the petitioner, due to a conversation described in my Garfield County Brief with Greg Camp in 2007 Exhibit C (paragraph 3and4,6and7). Where this conversation led me to believe I was guilty of murder one(a) as charged, and without a defense even though "I was trying to buy some weed." All the errors calimed before 2020 were without my knowledge of Oklahoma's more than one first degree murder (B) and (C). (I was hopeless and destroyed after this first conversation with Camp alone in the jury box.)

You see when I told Camp,"I was trying to buy some weed." He as an attorney knew about felony murder one B, but me without this knowledge could only recieve his response as I am guilty as charged to murder one(A)even though "I was trying to buy some weed." Then 2 days later on the 17 of August 2022 the District Judge picked up this misunderstood baton without examining the facts of my story, claim or propositon ~~and~~ denied me procedurally. When the evidence is the material fact in 2007 Camp knew the multiple murder one descriptions and led me to believe I was guilty of "malice aforethought." Thus precluding me form (ops) believing anything but guilt in 2007 and beyond until spring of 2020 (check out again Exhibit C here my Garfield County breif pragrapg 7.) The result of this guilt or trauma caused by Camp I tried to fire him and change his defense to my defense's testify. The letter I sent to the Exhibit D Here District Judge on 15Jan.2008 is enclosed and also presented to OCCA as exhidit F.

On the 03 of October 2022 I tried to build a fact in O.C.C.A. and prove the District Judge's decision was," unreasonable, arbitrary and taken without a proper consideration of the fact's pertaining to the matter at hand and clearly made an erroneous conclusion and judgment that is against the logic and effects" of trial counsel in 2007 making my self defense claim of "trying to buy some weed" in to "That's murder one!" and "I can't tell a jury that." Thus leaving me with the thought,"Holy shit! I wasn't protecting my self? AND in the moment I pulled the trigger 'malice aforethought' was accomplished?"

In 2007,08,09,10 and all the way to 2020 I could not develop the facts of my claim, my trial counsel had left me with the only thought I could recieve from his response and that was I was guilty of murder one 21o.s.701.7(a) as charged. It was not till the spring of 2020 that I found out Oklahoma has more than one first degree murder. Exhibit E When I read the second description it clicked! I knew what Camp meant,"That's murder one!"(B). Exhibit E here Enclosed is a copy of the J&S I sent a R.T.S. to get from my file, in OCCA it was exhibit J.

At this moment in 2020 I understood I wasn't guilty as Camp tricked me! (And I dont think it was on purpose.It was an automatic response because he worked close to the D.A. But it was still an error that kept me from being able to understand Murder One as charged and testify against 'malice aforethought.') After I began to understand I began to research what happens first when a homicide occurs, and found out I was justified in responding to Rik B's gun in my face.(not to be qulified according to the definition by I can't because I was buying marijuana.) I understand this probably a jury's decision...

The fact I had a defense in 2007 to 'malice aforethought' in "I was trying to buy some weed." is my Newly Discovered Evidence. Greg Camp misappropriatly made me believe I was guilty as charged, and refused to let me believe I could testify in 2007. Now all the claims to procedurally bar me are invalid as a result of this 'time of ignorance to my self defense' claim, but as early as the 28th of March 2008 you can see I clearly responded to a weapon, but was trying to leave the illegal marijuana purchase out (This was a letter I sent to the District Judge pre-sentence and not appeal. I thought I was guilty because malice aforethought was accomplished as soon as I pulled the trigger.)

My self defense claim is a material fact I was precluded form in 2007 untill 2020. Yes I filed ineffective counsel before,however; <u>these facts were undiscoveable for trial or original appeal as a result of Camp leaving me to believe I was guilty and without a defense because I was buying weed.</u> This by trial counsel Greg Camp was a clear misrepresentation of 'malice aforethought,' and cause's a reasonable probabilty that were Camp to have me testify amd Antoine the outcome of my case would have turned out different.

The dead mad's gun/weapon was taken out of his hand and placed under his car seat by Karl Wooten, who was also arrested at the scene for giving 17 or more false I Ds and charged with stealing the dead man s weed. The dead man s weed was used to convince me he had a 1/2 lb of of weed when I showed up and smelled it His wepon was pointed in my face when I looked back . I withdrew and responeded with immediate training flipping the safty and firing 3 rounds center mass panickly withdrawing at same time.

I want to thank this Honorable Court for entertaining my New Cause of Action, and examining the facts I presented to Oklahoma. Now I ask the Honorable Court after this examination of these facts presented to Both the District Court and O.C.C.A. to appoint Counsel to represent me at an Evidentiary HEaring where the facts of my claim can be substaintiated against Attorney Greg Camp my trial counsel who in 2007 responded and said, "That's murder one! I can't tell a jury that." Thus Precluding me from knowing anything but I am guilty as charged, and for ~~this~~ these reasons expressed here with evidence I believe I am entitled to relief of my LIfe sentence and a new trial. I humbly ask this Court for an Evidentiary Hearing, Counsel to represent me at such a hearing, and when these facts are confirmed allow me to go to trial. Thank You [signature]

2