14 years ago was going tobe my first chance to grow my own weed since joiniмg the Army in 2004, and I wanted to grow hydro- sea of green method. I purchaced a kit from ezhydrokit.com and some soduim haulogen light bulbs. I had been trying to get some seeds and the best were in California. However; I was in Oklahoma and because of our criminalization I had to smoke mexican trash hash, and sold it tosmoke for free. I experienced they are not strong enough for the trace elements you must use for the nutients that are in the natral soil.

My best chance to get some seeds was to buy a large amount of Cali-buds, and back then gang members had those ties and Sheena introduced me to Quisha-Mo.

The last 2 weeks of Feb. 2007 I had really been trying and Quisha had got me to take her to O.K.C. It only ended in me getting a hotel with 2 beds. (She was pregnate with Joe GArcia's baby . Plus Iwas married and cheating on my wife with Kristy.)

23Feb.2007

I am still looking for seeds, but I had been hanging out with Kristy. I was supposed to drop her and her friend off at Area51, and then get in touch witih Quisha.(Earlier that day she told me she was going to the City, I asked her to pick it up for me,she knows i have the cash when she gets back.A[redacted]half pound). It wasn't hard for Kristy to get me to stay, and while their Rik B shows up. Time goes fast,and he ain't got anything to do with me, the girls been drinking since 3 or 4. I bought them a bottle of 100 proof Southrn Comfort, and Sheena was head bobing with Kristy telling me she drank too much herself.I help Shenna to the car,Kristy has already made it and is opening her door again to throw up out the door. I take the girls to my apartment, help Sheena up the stairs, then head back to help Kristy. Sheena's on the couch and Kristy is asleep in my bed now, and I had back to Area51, I can leave a little trash hash with the strippers and pick my money up at the end of the night. Plus I need to talk to Quisha about what she got done. I have the$3,500, and she tells me she is already back with it. However; she said," I had been actin funny!" She gave it to Rik B. I said"W.T.F." She went on about how I can pick it up at 16 and Maine mini mart. He's already waiting on the White Nigga. I'm looking for a Lincoln but she will not give me his number.

I see the Lincoln and take the battery out of my phone for the illegal transaction to buy a ½ lb of weed. Quisha told me he is looking for me, I'm doing business with Gang member's and I'm Army trained to be ready for anything that can go wrong,MURPHY's First law. I show up with a hoody on so I can have cash in one hand and protection in the other.(3500 cash with pillow case and 9mm in my right) I did not show up maliciously, but to buy some weed. I only have a gun if Rik B tries to rob me.

I have my passenger window down in case I show up and can get him in my car, but from the parking job he certainly wants me to get out and go to his rolled down window. I would have been in a bad situation if I pullled up alongside of him and parked, so I park out back and walk up to the front He's waiting on the White Nigga to show up, so I do and inspect the weed. He asks if I have the money? I say yes, while looking at the weed and give it back to grab the cash. Stupidly I look away from him and follow my left hand and as soon as I look back with the superman wad of cash there is a gun pointed at me and in my face! I pull out my right hand while flipping safty and fire center mass panickly withdrawing. I have 6 shots and run as fast as I can to my car! Gun shots are at me, didn't think antone was in the car with him. (thought to come from inside gas station) A shot blows my driver window out. I run until I slide over the hood of car and return a position and point back. The gunman gets out of my sight. I get in car and leave. Then call Antoine to come to Enid. I drive home and get i in bed with Kristy. Who's already asleep.

I have verified this is Jeremiah Jamieson's Statement.
Inmate # 573217

19 Sept 2022

Melesa Parker
Commission # 22011191
Expires: 8-16-2026

NOTARY SEAL PUBLIC
MELESA PARKER
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22011191 Expires 08/16/26

3