**Early morning February 24, 2007, Jeremy called me. In that call, he asked me to come to Enid. Immediately I drove to Enid. I arrived at Jeremy's apartment and I walked in Sheena was asleep on one couch and I laid on the other. Jeremy woke me up at around 7 am or so and I asked him "what's up?" He responded, "let's go to Tulsa "**

**First, I took Kristy and Sheena to their homes, then we headed to Tulsa. As soon as we were alone Jeremy said, "I got set up!" I didn't know what he was talking about. All I could tell was that he was different. I didn't respond. I didn't know what to say.**

**Jeremy broke the silence and told me Qiusha-Mo set him up to get robbed. He was trying to buy a half pound of weed, and when he looked away and followed his hand to get the cash out of his pocket he looked back up to a gun in his face.**

Antoine Colbert

Antoine Colbert

Signed infront of me this 10th day of June, 2022.
my commission expires Aug. 29, 2024

Angela Burk

ANGELA BURK
NOTARY PUBLIC
No. 16008420
EXP. 8/29/2024
IN AND FOR
STATE OF OKLAHOMA