Exhibit F

In My Brief to Garfield County

This is the letter I sent to the judge to fire Camp, but right before I got to the court room I get tricked by Camp into changing why because I was led to believe I could not get another attorney with out a little money. I was trying to get an attorney who I can tell,"What happend, and will put me on the stand to testify!" (Instinctivly I felt that!) [check out paragraph 1 and 2 on page 3]

The most traumatic moment of my life was not the 24 of Feb. 2007, but when Camp responded to my telling him,"What happend" and Camp responded," That's m/1! I can't tell a jury that."! (I wanted to change Camp's only defense option given.)

My life for 12 years was lived in this trama! That is until after 26June2019 when I started checking out this new commutation process. I sent it to atty. Debra Hampton, she felt it would be a waste of money. However; her and my Dad were in communication and ~~how~~ she felt I needed a good investigation first. Then if a error were found she would file. ($3,000 for invest. $7,000 to file if error is found) The week covid-19 hit and we went on lockdown in America, atty. Hampton and my Dad were going to meet up and he was going to pay for the investigation. A few days or within 2 weeks I found out my Dad broke his ankle in 5 places, he would need the $3,000 to keep up finance's. It was at this point in the spring of 2020 I had to learn 'What happens first when a homicide occurs". ( I instinctivly thought I was justified, but Camp destroyed instint and made me believe my self defense was murder one as he my subject matter expert on the LAW resonded.)

Exhibit [illegible]

*1006259364*

CF07-227

F

FILED
GARFIELD COUNTY, OKLA
JAN 15 2008
MARGARET F. JONES
COURT CLERK
BY [signature]
DEPUTY COURT CLERK

To Your Honor: 11 Jan. 2008

Hello - I am Jeremiah Jamison
I am not satisfied with my current Defense Team. I have spoken to my Attorny on 2 occasions outside of Court. I have even been given a new atty as co-counsel. I am requesting for an atty that is with the Capital Crime Division of the Oklahoma Indigent Defense System. How do I go about getting an Atty from O.I.D.S Capital Crimes Division? I need your help!
I am wanting to Change my Defense.
All Greg Camp was doing was trying to convince me to plead guilty
I will be formally appearing in front of you on Jan 22. I will have an announcement to make I want to Fire Greg Camp as my atty.

He is a good guy and I like him as a person but he (I feel) is not giving me the Best fighting chance.

[signature]

Look at This Signiture on my Confession of "I did It"

10