This is the J&S sent a R.T.S to get and check,"how" I was charged. I was pretty sure I was charged with (A) and not (B), so I could prove I was trying to buy weed which according to the prosecution meant I was guilty of felony murder one, but my instinct told me the defintion of the justified homicide definition occured during the purchase of me a non-felony member of society making a illegal purchase for what today counts for legally as a medical prescription, but I took self prescribed in 2007. I don't know the date of when I was at the law library during the initial lockdown in the spring of 2020. The lock down kept my Dad from meeting up with atty. Hampton to pay for investigation, so I started following the sequence of what occurs first legally.

I wrote WOW! 26June2019

?(led to this)? (Because that is when I began commutation investigation)

OCCA got my original

ll

FILED
GARFIELD COUNTY, OKLA.

APR 11 2008

MARGARET F. JONES
COURT CLERK
BY [illegible signature]
DEPUTY COURT CLERK

IN THE DISTRICT COURT OF GARFIELD COUNTY
THE STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
Plaintiff,
vs.

JEREMIAH DANIEL JAMIESON, DOC # 573217
SSN: 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
DOB: 2/10/83
Defendant,

Case No. CF-2007-227

WOW!

## JUDGMENT AND SENTENCE

Now, on this 3rd day of April, 2008, this matter comes on before the undersigned Judge for sentencing and the Defendant, JEREMIAH DANIEL JAMIESON, appears personally and by attorney, Greg Camp, the State of Oklahoma represented by Michael J. Fields, and the Defendant, having previously:

Entered a plea of guilty on the 22nd day of January, 2008, to the felony crime of:

26 Jan. [illegible] Lied to [illegible]

**MURDER IN THE FIRST DEGREE**, 21 O.S. § 701.7(A) I'm guilty of Discription (B) not (A) If not allowed to protect my self

The defendant has previously been convicted of __________ felony crimes and the sentence has been enhanced in accordance with the provisions set forth in 21 O.S. 51.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that the Defendant, JEREMIAH DANIEL JAMIESON, is guilty of the above described offense and is sentenced as follows:

## TERM OF IMPRISONMENT

**LIFE IMPRISONMENT IN THE STATE PENITENTIARY
WITH THE POSSIBILITY OF PAROLE**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT** that in addition to the preceding terms, the Defendant is also sentenced to:

## COSTS, VCA, RESTITUTION

The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit A to be paid from gang pay.

## HEARING ON ABILITY TO PAY AFTER INCARCERATION

The defendant shall report to the District Court of Garfield County within **thirty (30) days** of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the Rules of the Court of Criminal Appeals, 22 O.S. Ch. 18, App.