Exhibit I in W.D.Okl.

In the Oklahoma Court of Criminal Appeals

Jeremiah Jamieson #573217

(VS)

State of Oklahoma

> PC-2022-860

# Notice of Intent to Appeal

Jeremiah Jamieson hereby gives notice of intent to appeal order denying his Petition for Post-Conviction Relief in the O.C.C.A. on this 03 Feb. 2023.

Respectfully Submitted

MACC

Box 220

Stringtown, OK. 74569

RECEIVED

FEB - 9 2023

CLERK OF THE APPELLATE COURTS

25

Exhibit I



RULE 5.5 - FINAL ORDER; EXHAUSTION OF STATE REMEDIES

**Rule 5.5 Final Order; Exhaustion of State Remedies**

Once this Court has rendered its decision on a post-conviction appeal, that decision shall constitute a final order and the petitioner's state remedies will be deemed exhausted on all issues raised in the petition in error, brief and any prior appeals. A petition for rehearing is not allowed and these issues may not be raised in any subsequent proceeding in a court of this State. The Clerk of this Court shall return to the movant any petitions for rehearing tendered for filing. *See* Section 1086 of Title 22.

What OCCA. Clerk Sent me after not Knowing "How" to properly proceed in to your Honorable Court. I only get Law Library M.W.F & it is bare except a couple of type writers & westlaw w/a few books. I cannot remember How to properly enter your Honorable Court, except to say, "I have proof I had zero 'malice aforethought' when I had zero showed up to the Gas Station on 23/24 Feb. 2007, and I had zero ability to file this claim previously w/in your 1 year time limit way back in 2010 or 2011" I don't even have case law b/c I believe this is a legal matter of law my trial Attorney kept me ignorant of and I was tricked and believe my Due Process was violated into my guilt, and everything else followed as when a Card house collapses b/c you take one card from it's base -

26