Jeremiah Jamieson #573217 / BS 228
MACC
Box 220
Stringtown O.K. 74569

US POSTAGE PITNEY BOWES
ZIP 74569 $ 009.80
02 4W
0000378438 MAR 01 2023

STRINGTOWN OK
MAR 2 20
USPS 74569-9998

PRIORITY MAIL
TRACKED ★★★ INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014

[redacted]

Western District Oklahoma
200 N.W. 4th St. (Room 1210)
OKC, Okla 73102

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9022 0078 9385 8796 77
Label 400 Jan. 2013
7690-16-000-7948

RECEIVED
MAR 06 2023
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Legal Mail