IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMIAH D. JAMIESON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-00211-JD |
| | ) | |
| DAVID LOUTHAN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On March 6, 2023, Petitioner Jeremiah D. Jamieson filed a petition for writ of habeas corpus [Doc. No. 1] and a motion for leave to proceed in forma pauperis [Doc. No. 2]. On March 6, 2023, the Court referred the matter to United States Magistrate Judge Gary M. Purcell in accordance with 28 U.S.C. § 636. [Doc. No. 4].

Judge Purcell entered a Report and Recommendation finding that Mr. Jamieson had enough funds to pay the full filing fee and recommending that the Court deny Mr. Jamieson's motion to proceed without payment of the fee. [Doc. No. 5]. The Report and Recommendation also recommended that the action be dismissed without prejudice unless Mr. Jamieson paid the full filing fee by March 27, 2023. [*Id.* at 2]. The Report and Recommendation gave Mr. Jamieson until March 27, 2023, to file an objection to the recommendation. [*Id.*].

On March 17, 2023, the Court received the $5.00 filing fee payment from Mr. Jamieson. [Doc. No. 6]. Considering Mr. Jamieson's payment and the fact he did not file

any objection,[1] the Court accepts the Report and Recommendation [Doc. No. 5] and denies his motion to proceed in forma pauperis [Doc. No. 2]. The filing fee requirement has been satisfied by Mr. Jamieson.

Consequently, the Court rerefers this matter to United States Magistrate Judge Gary M. Purcell for further proceedings consistent with the initial case referral. [Doc. No. 4].

**IT IS SO ORDERED** this 27th day of March 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Jamieson dated a letter on March 16, 2023, and it was received by the Court on March 22, 2023. [Doc. No. 7]. His letter does not object to the Report and Recommendation but says he will try to pay the fee, which he did on March 17, 2023. [Doc. No. 6].